

_____
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

March 7, 2025

**Via PACER**
United States District Judge Frederic Block
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    *Leunora Rinderman v. Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-C*
             E.D.N.Y. Docket # 24-cv-04619-FB-CLP

Dear District Judge Block,

    This law firm represents the Defendant. The Plaintiff's counsel notified me that the Plaintiff recently passed away, and the Defendant's counsel is in the process of obtaining the Certificate of Death.

    Thank you for your consideration and time.

                                                 Respectfully submitted,
                                               /SJV/
                                             Stephen J. Vargas, Esq.

**Via PACER**
Jill Cori Schaefer, Esq.
Petroff Amshen LLP
*Attorneys for the Plaintiff*
1795 Coney Island Avenue, 3rd Floor
Brooklyn, NY 11230